■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LEWIS, Appellant. [748 NYS2d 283] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 25, 2001 (*People v Lewis,* 284 AD2d 553), affirming a judgment of the County Court, Orange County, rendered October 1, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Santucci, J.P., Feuerstein, Krausman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDON LOBBAN, Also Known as LYNDEN LOBBAN, Appellant. [748 NYS2d 283] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 19, 2001 (*People v Lobban,* 288 AD2d 399), affirming a judgment of the Supreme Court, Kings County, rendered December 11, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Prudenti, P.J., Ritter, Feuerstein and Townes, JJ., concur.